United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Isabela Poubel Chieppe, and others, Plaintiffs, <br><br> v. <br><br> Merrick P. Garland, Attorney General of the United States, and others, Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-21626-Civ-Scola |

## Order Requiring Scheduling Conference

This matter is before the Court upon an independent review of the record. The Plaintiffs seek mandamus, declaratory, injunctive, and other relief regarding their EB-5 and Forms I-485, I-526, and I-529 Petitions. The parties must comply with the following instructions:

1. The Plaintiff must forward a copy of this order to every Defendant immediately upon the filing of any appearance by a Defendant in this case.

2. Within 14 days of the filing of a response to the complaint by a Defendant in this matter, the parties must meet and confer regarding discovery and scheduling issues. The parties must meet and confer regardless of whether either party believes this matter to be exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

3. Within 14 days of the parties' discovery and scheduling conference, the parties must file a joint conference report advising the Court of the parties' proposed plan and timeline for resolving this matter. For example, if the parties agree that this matter should be resolved by the Court upon a review of the administrative record only, the parties must state this plan and propose deadlines for the filing of dispositive motions. If the parties cannot agree how this matter should proceed, each party must state their individual plan and timeline, but *must* also include a memorandum of law to support their position.

4. Alternatively, if the parties believe this matter should proceed under the requirements of Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b), then the parties must file a joint discovery plan and conference report, consistent with Rule 26(f)(3) and Local Rule 16.1(b)(2), within 14 days of the parties' discovery and scheduling conference.

5. Where there are multiple Plaintiffs or Defendants, the parties must file **joint motions and consolidated responses and replies** unless there are clear conflicts of position. If conflicts of position exist, the parties must explain the conflicts in their separate filings.

**Done and ordered** in Miami, Florida, on May 2, 2023.

_____
Robert N. Scola, Jr.
United States District Judge